1 | BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
2 | KIMBERLY N. VAN VOORHIS (CA SBN 197486)
KVanVoorhis@mofo.com
3 | CHRISTOPHER F. JEU (CA SBN 247865)
CJeu@mofo.com
4 | MORRISON & FOERSTER LLP
755 Page Mill Road
5 | Palo Alto, California 94304-1018
Telephone: 650.813.5600
6 | Facsimile: 650.494.0792

7 | Attorneys for Defendant and Counterclaimant
SONICS, INC.
8 |
ADDITIONAL ATTORNEYS LISTED
9 | ON NEXT PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARTERIS S.A.S., | Case No.   4:13-CV-002782-SBA (LB) |
| Plaintiff, | **STIPULATED REQUEST TO EXTEND MEDIATION DEADLINE AND [PROPOSED] ORDER** |
| v. | |
| SONICS, INC., | |
| Defendant. | |

STIP. REQ. TO EXTEND MEDIATION DEADLINE AND [PROP] ORDER
CASE NO. 4:13-CV-02782-SBA-(LB)
pa-1608958

| | |
|---|---|
| 1 | MARK D. FOWLER (Bar No. 124235) |
| 2 | mark.fowler@dlapiper.com |
| | CHRISTINE CORBETT (Bar No. 209128) |
| 3 | christine.corbett@dlapiper.com |
| | CHANG KIM (Bar No. 273393) |
| 4 | changu.kim@dlapiper.com |
| | DLA PIPER LLP (US) |
| 5 | 2000 University Avenue |
| | East Palo Alto, CA 94303-2215 |
| 6 | Tel: (650) 833-2000 |
| 7 | Fax: (650) 833-2001 |
| 8 | GERALD T. SEKIMURA (Bar No. 96165) |
| | gerald.sekimura@dlapiper.com |
| 9 | DLA PIPER LLP (US) |
| | 555 Mission Street, Suite 2400 |
| 10 | San Francisco, CA 94105 |
| 11 | Tel: (415) 836-2500 |
| | Fax: (415) 836-2501 |
| 12 | |
| | KEVIN C. HAMILTON (Bar No. 269423) |
| 13 | kevin.hamilton@dlapiper.com |
| | DLA PIPER LLP (US) |
| 14 | 401 B Street, Suite 1700 |
| 15 | San Diego, CA 92101 |
| | Tel: (619) 699-2700 |
| 16 | Fax: (619) 699-2701 |
| 17 | Attorneys for Plaintiff and |
| | Counter-Defendant |
| 18 | ARTERIS S.A.S. |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIP. REQ. TO EXTEND MEDIATION DEADLINE AND [PROP] ORDER
CASE NO. 4:13-CV-02782-SBA-(LB)
pa-1608958

Defendant and Counterclaimant Sonics, Inc. ("Sonics") and Plaintiff and Counter-Defendant Arteris, S.A.S. ("Arteris") (collectively, the "Parties") hereby stipulate and respectfully request as follows:

WHEREAS, the Court, in the Order entered July 29, 2013 (Dkt. No. 13), referred the Parties to mediation, and set the deadline for mediation as 90 days from the date of the order;

WHEREAS, in accordance with ADR L-R 6-4(a), the mediator, Stuart Gasner, and the Parties conducted the pre-mediation conference, and agreed to a mediation date of November 7, 2013;

WHEREAS, in view of this development, the Parties seek to extend the mediation deadline to November 15, 2013.

Based on the foregoing, the Parties hereby stipulate and request that the Order Extending the Mediation Deadline, attached herewith, be issued at the Court's earliest convenience.

Dated: October 2, 2013          MORRISON & FOERSTER LLP

                                By: /s/ Kimberly N. Van Voorhis
                                    KIMBERLY N. VAN VOORHIS

                                Attorneys for Defendant and
                                Counterclaimant
                                SONICS, INC.

Dated: October 2, 2013          DLA PIPER LLP (US)

                                By: /s/ Christine K. Corbett
                                    CHRISTINE K. CORBETT

                                Attorneys for Plaintiff and
                                Counter-defendant
                                ARTERIS S.A.S.

**DECLARATION OF CONSENT**

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated: October 2, 2013                    /s/ Kimberly N. Van Voorhis
                                          Kimberly N. Van Voorhis

**[PROPOSED] ORDER EXTENDING DEADLINE FOR MEDIATION**

The Parties' stipulated request to extend the mediation deadline to November 15, 2013 is hereby GRANTED.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___11/5/2013___

*Saundra B Armstrong*
Hon. Saundra Brown Armstrong
United States District Judge