MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
CHRISTINE CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
CHANG KIM (Bar No. 273393)
changu.kim@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: (650) 833-2000
Fax: (650) 833-2001

GERALD T. SEKIMURA (Bar No. 96165)
gerald.sekimura@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel: (415) 836-2500
Fax: (415) 836-2501

KEVIN C. HAMILTON (Bar No. 269423)
kevin.hamilton@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Tel: (619) 699-2700
Fax: (619) 699-2701

Attorneys for Plaintiff and
Counter-Defendant
ARTERIS S.A.S.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARTERIS S.A.S.,<br><br>            Plaintiff,<br><br>  v.<br><br>SONICS, INC.,<br><br>            Defendant. | Case No. 4:13-CV-02782-SBA (LB)<br><br>**UNOPPOSED MOTION TO CONTINUE CLAIM CONSTRUCTION HEARING AND CASE MANAGEMENT CONFERENCE AND ORDER** |

UNOPPOSED MOT. TO CONTINUE CLAIM CONSTRUCTION HEARING AND CMC; CASE NO. 4:13-CV-02782-SBA-(LB)
WEST\245192599.1

Pursuant to Civil Local Rules 6-1(b) and 6-3, Plaintiff and Counter-Defendant Arteris S.A.S. ("Arteris") respectfully requests as follows:

WHEREAS, Arteris and Defendant Sonics, Inc. ("Sonics") (collectively, the "Parties") were scheduled to attend mediation on November 7, 2013, with mediator Stuart Gasner;

WHEREAS, on November 4, 2013, Mr. Gasner notified the Parties of a conflict that required him to withdraw as the mediator;

WHEREAS, the Parties are scheduled to attend an ADR Conference on November 12, 2013, to discuss the appointment of a new mediator;

WHEREAS, the rescheduled mediation likely cannot occur until some date after the Claim Construction Hearing and Case Management Conference now scheduled for November 21, 2013;

WHEREAS, Arteris has met and conferred with Sonics, and Sonics does not oppose;

WHEREAS, in view of this development, Arteris seeks to continue the Claim Construction Hearing and Case Management Conference to a date following the rescheduled mediation.

Based on the foregoing, Arteris hereby requests (and Sonics does not oppose) that the Order Continuing the Claim Construction Hearing and Case Management Conference, attached herewith, be issued at the Court's earliest convenience.

Dated: November 7, 2013          DLA PIPER LLP (US)

By: */s/ Christine K. Corbett*
    CHRISTINE K. CORBETT

Attorneys for Plaintiff and
Counter-defendant
ARTERIS S.A.S.

**ORDER**

The motion to continue the Claim Construction Hearing and Case Management Conference to a date following the rescheduled mediation is hereby GRANTED. The Claim Construction Hearing scheduled for November 21, 2013 at 10:00 a.m. is VACATED. The Case Management Conference scheduled for November 21, 2013 at 10:00 a.m. is CONTINUED to **December 12, 2013 at 3:00 p.m.** Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. Plaintiff is responsible for filing the joint statement no less than seven (7) days prior to the conference date. The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff is responsible for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.

IT IS SO ORDERED.

Dated:   11/8/2013

Hon. Saundra Brown Armstrong
United States District Judge