1  BRYAN WILSON (CA SBN 138842)
   BWilson@mofo.com
2  KIMBERLY N. VAN VOORHIS (CA SBN 197486)
   KVanVoorhis@mofo.com
3  CHRISTOPHER F. JEU (CA SBN 247865)
   CJeu@mofo.com
4  MORRISON & FOERSTER LLP
   755 Page Mill Road
5  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
6  Facsimile: 650.494.0792

7  Attorneys for Defendant and Counterclaimant
   SONICS, INC.
8
   ADDITIONAL ATTORNEYS LISTED
9  ON NEXT PAGE

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                         OAKLAND DIVISION

   ARTERIS S.A.S.,                    Case No.   4:13-CV-002782-SBA (LB)

              Plaintiff,               **STIPULATED REQUEST TO EXTEND
                                       MEDIATION DEADLINE AND
       v.                              [PROPOSED] ORDER**

   SONICS, INC.,

              Defendant.

---

STIP. REQ. TO EXTEND MEDIATION DEADLINE AND [PROP] ORDER
CASE NO. 4:13-CV-02782-SBA-(LB)
pa-1615658

MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
CHRISTINE CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
CHANG KIM (Bar No. 273393)
changu.kim@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: (650) 833-2000
Fax: (650) 833-2001

GERALD T. SEKIMURA (Bar No. 96165)
gerald.sekimura@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel: (415) 836-2500
Fax: (415) 836-2501

KEVIN C. HAMILTON (Bar No. 269423)
kevin.hamilton@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Tel: (619) 699-2700
Fax: (619) 699-2701

Attorneys for Plaintiff and
Counter-Defendant
ARTERIS S.A.S.

1  Defendant and Counterclaimant Sonics, Inc. ("Sonics") and Plaintiff and Counter-
2  Defendant Arteris, S.A.S. ("Arteris") (collectively, the "Parties") hereby stipulate and respectfully
3  request as follows:

4  WHEREAS, the Court, in the Order entered July 29, 2013 (Dkt. No. 13), referred the
5  Parties to mediation, and set the deadline for mediation as 90 days from the date of the order;

6  WHEREAS, in accordance with ADR L-R 6-4(a), the mediator, Stuart Gasner, and the
7  Parties conducted the pre-mediation conference, and agreed to a mediation date of November 7,
8  2013;

9  WHEREAS, in view of this development, the Court extended the deadline to November
10 15, 2013 (Dkt. No. 18);

11 WHEREAS, a conflict recently arose, requiring the appointment of Mr. Gasner as
12 mediator to be vacated on November 4, 2013 (Dkt. No. 17);

13 WHEREAS, the ADR Unit and the Parties conducted an ADR Phone Conference on
14 November 12, 2013, in order to work towards the appointment of another mediator;

15 WHEREAS, the ADR Unit recommended extending the mediation deadline to January 31,
16 2014;

17 Based on the foregoing, the Parties hereby stipulate and request that the Order Extending
18 the Mediation Deadline, attached herewith, be issued at the Court's earliest convenience.

19
20
21
22
23
24
25
26
27
28

STIP. REQ. TO EXTEND MEDIATION DEADLINE AND [PROP] ORDER
CASE NO. 4:13-CV-02782-SBA-(LB)
pa-1615658

1

| | | |
|---|---|---|
| 1 | Dated:  November 14, 2013 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By:  /s/ Kimberly N. Van Voorhis<br>KIMBERLY N. VAN VOORHIS |
| 4 | | Attorneys for Defendant and Counterclaimant |
| 5 | | SONICS, INC. |
| 6 | Dated: November 14, 2013 | DLA PIPER LLP (US) |
| 7 | | By:  /s/ Christine K. Corbett<br>CHRISTINE K. CORBETT |
| 8 | | |
| 9 | | Attorneys for Plaintiff and Counter-defendant<br>ARTERIS S.A.S. |

**DECLARATION OF CONSENT**

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated:  November 14, 2013           /s/ Kimberly N. Van Voorhis
                                                         Kimberly N. Van Voorhis

STIP. REQ. TO EXTEND MEDIATION DEADLINE AND [PROP] ORDER
CASE NO. 4:13-CV-02782-SBA-(LB)
pa-1615658

2

# ~~[PROPOSED]~~ ORDER EXTENDING DEADLINE FOR MEDIATION

The Parties' stipulated request to extend the mediation deadline to January 31, 2014 is hereby GRANTED.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/19/2013

Hon. Saundra Brown Armstrong
United States District Judge