1  BRYAN WILSON (CA SBN 138842)
   BWilson@mofo.com
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792

5  Attorneys for SONICS, INC.

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                           OAKLAND DIVISION

10

11 | ARTERIS S.A.S.,                | CASE NO. 4:13-CV-02782-SBA
12 |          Plaintiff,             | **MOTION FOR WITHDRAWAL OF CERTAIN COUNSEL AND ORDER**
13 |     v.                          |
14 | SONICS, INC.,                   | Ctrm: 1, 4th Floor
   |                                 | Judge: Sandra Brown Armstrong
15 |          Defendant.             |
16
17 | AND RELATED COUNTERCLAIMS       |

18     Christopher F. Jeu of Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California
19 94304, respectfully requests that he be permitted to withdraw as counsel for SONICS, INC. All
20 pleadings, orders, and other papers should continue to be served on Bryan Wilson, the counsel of
21 record at Morrison & Foerster LLP. The Court and counsel for ARTERIS S.A.S. are respectfully
22 requested to remove Christopher F. Jeu from the service list for this action.

Dated: April 4, 2014

BRYAN WILSON
MORRISON & FOERSTER LLP

By:   /s/ Bryan Wilson
        Bryan Wilson

Attorneys for Plaintiff
SONICS, INC.

### [PROPOSED] ORDER

IT IS SO ORDERED.

Dated:   4/15/2014

*Sandra B Armstrong*

HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE