| | |
|---|---|
| 1 | MARK D. FOWLER (Bar No. 124235) |
| | mark.fowler@dlapiper.com |
| 2 | CHRISTINE CORBETT (Bar. No. 209128) |
| | christine.corbett@dlapiper.com |
| 3 | CHANG KIM (Bar No. 273393) |
| | changu.kim@dlapiper.com |
| 4 | DLA PIPER LLP (US) |
| | 2000 University Avenue |
| 5 | East Palo Alto, CA 94303-2215 |
| | Tel: (650) 833-2000 |
| 6 | Fax: (650) 833-2001 |
| 7 | Attorneys for Counter-Defendant |
| | ARTERIS S.A.S. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARTERIS S.A.S. | CASE NO. 4:13-CV-02782 SBA |
| Plaintiff, | **JOINT MOTION TO DISMISS; ORDER OF DISMISSAL** |
| v. | **FED. R. CIV. P. 41** |
| SONICS, INC. | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

JOINT MOTION TO DISMISS; [PROPOSED] ORDER OF DISMISSAL
CASE NO. 4:13-CV-02782-SBA

# JOINT MOTION TO DISMISS

Counter-Defendant Arteris S.A.S. ("Arteris") and Counter-Plaintiff Sonics, Inc. ("Sonics"), by and through their respective counsel of record, hereby submit this joint motion for dismissal of Case No. 13-cv-02782 SBA pursuant to Rule 41 of the Federal Rules of Civil Procedure. The parties, through their respective counsel of record, hereby jointly stipulate and request that the entire action and all remaining claims for relief be dismissed without prejudice, with all attorneys' fees, costs of court, and expenses borne by the party incurring same. This Joint Motion to Dismiss does not apply to the related litigation between the parties that is entitled *Sonics, Inc. v. Arteris, Inc.*, Case No. 11-cv-5311 SBA.

Dated: April 4, 2014

DLA PIPER LLP (US)

 /s/ *Mark D. Fowler*
Mark D. Fowler
Attorney for Counter-Defendant
ARTERIS S.A.S.

MORRISON & FOERSTER LLP

 /s/ *Bryan Wilson*
Bryan Wilson
Attorney for Counter-Plaintiff
SONICS, INC.

**IT IS SO ORDERED.**

Dated:  4/15/2014

**SAUNDRA B. ARMSTRONG**

United States District Judge

JOINT MOTION TO DISMISS; [PROPOSED] ORDER OF DISMISSAL
CASE NO. 4:13-CV-02782-SBA